**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CORNELIUS ENRIGHT,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:17-0075** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **UNUM LIFE INSURANCE** | |
| **COMPANY OF AMERICA,** : | |
| **Defendant** : | |

## O R D E R

Counsel for the parties having reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 27, 2017**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-0075-04.wpd